UNITED STATES DISTRICT COURT DISTRICT
OF MINNESOTA

| | |
|---|---|
| JOHN WINGO,<br><br>        Plaintiff,<br><br>    v.<br><br>3M COMPANY,<br><br>        Defendant. | No. 22-CV-993 (ADM/JFD)<br><br>**ORDER ADOPTING**<br><br>**REPORT AND RECOMMENDATION** |
| ROBERT RIEGER,<br><br>        Plaintiff,<br><br>    v.<br><br>3M COMPANY,<br><br>        Defendant. | No. 22-CV-994 (ADM/JFD)<br><br>**ORDER ADOPTING**<br><br>**REPORT AND RECOMMENDATION** |
| TITUS KARGBO,<br><br>        Plaintiff,<br><br>    v.<br><br>3M COMPANY,<br><br>        Defendant. | No. 22-CV-996 (ADM/JFD)<br><br>**ORDER ADOPTING**<br><br>**REPORT AND RECOMMENDATION** |

| | |
|---|---|
| DESIREE HOLLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>　　　　Defendant. | No. 22-CV-998 (ADM/JFD)<br><br>**ORDER ADOPTING**<br><br>**REPORT AND RECOMMENDATION** |
| VAUGHN WINGO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>　　　　Defendant. | No. 22-CV-1890 (ADM/JFD)<br><br>**ORDER ADOPTING**<br><br>**REPORT AND RECOMMENDATION** |
| NEVELY RANDLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>　　　　Defendant. | No. 22-CV-1904 (ADM/JFD)<br><br>**ORDER ADOPTING**<br><br>**REPORT AND RECOMMENDATION** |

　　Based upon the Report and Recommendation of United States Magistrate Judge John F. Docherty, and after an independent review of the files, records, and proceedings in the above-entitled matters,

　　**IT IS HEREBY ORDERED** that the Complaints in these actions (Doc. No. 19 in 22-CV-993; Doc. No. 17 in 22-CV-994; Doc. No. 16 in 22-CV-996; Doc. No. 18 in 22-CV-998; Doc. No. 1 in 22-CV-1890; Doc. No. 4 in 22-CV-1904) are dismissed with prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 17, 2024                                           s/Ann D. Montgomery
                                                              ANN D. MONTGOMERY
                                                              United States District Judge